## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRISTAN SQUERI, MADELINE McCLAIN, and GEORGE O'DEA individually, and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>  v.<br><br>MOUNT IDA COLLEGE, THE MOUNT IDA COLLEGE BOARD OF TRUSTEES, BARRY BROWN, individually and as a representative of Mount Ida College, CARMIN C. REISS, individually and as a representative of the Mount Ida College Board of Trustees, JASON POTTS, individually and as a representative of Mount Ida College, JEFF CUTTING individually and as a representative of Mount Ida College, and RON AKIE, individually and as a representative of Mount Ida College,<br><br>      Defendants. | C.A. No. 1:18-cv-12438-RGS |

### **BARRY BROWN'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**

Former Mount Ida College President Barry Brown ("President Brown") respectfully submits this Motion to Dismiss all counts of the First Amended Complaint asserted against him for failure to state any legally viable claim. Fed. R. Civ. P. 12(b)(6). As grounds for his motion, President Brown respectfully submits herewith his memorandum of law.

WHEREFORE, President Brown respectfully requests that the Court dismiss Plaintiffs' First Amended Complaint in its entirety as asserted against him, with prejudice and without leave to amend.

Respectfully submitted,

BARRY BROWN,

By his attorneys,

*/s/ Howard M. Cooper*
Howard M. Cooper, Esq. (BBO # 543842)
Elizabeth E. Olien, Esq. (BBO # 689350)
TODD & WELD LLP
One Federal Street, 27th Floor
Boston, MA 02110
Tel.: 617-720-2626
Fax: 617-227-5777
hcooper@toddweld.com
eolien@toddweld.com

Dated: January 28, 2019

## **CERTIFICATE OF SERVICE**

I, Elizabeth E. Olien, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 28th day of January, 2019.

*/s/ Elizabeth E. Olien*
Elizabeth E. Olien

Dated: January 28, 2019