UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Tristan Squeri et al
*Individually and on behalf of all others similarly situated*

      Plaintiffs

      v.                          CIVIL ACTION 1:18-12438-RGS

Mount Ida College et al

      Defendants

## JUDGMENT

STEARNS, D.J.

In accordance with the Court's Memorandum and Order [dkt # 56] dated May 24, 2019, granting defendants' motions to dismiss in the above-entitled action, it is hereby ORDERED:

Judgment entered for Defendants.

                                                                By the Court,

5/28/2019                                               /s/ Arnold Pacho
Date                                                   Deputy Clerk